```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/12/2023  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH INGRAM,

            Plaintiff,

-against-

VARKLY ANTOINE and MABE TRUCKING CO INC,

           Defendants.

23 Civ. 7389 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On August 21, 2023, Defendants Varkley Antoine and Mabe Trucking Co., Inc. filed a notice of removal from the Supreme Court of New York, Bronx County.  ECF No. 1.

    Accordingly, by **September 26, 2023**, Plaintiff shall appear in this action and advise the Court whether he intends to contest removal.  Defendants shall serve this order on Plaintiff and file proof of service on the docket by **September 15, 2023**.

    SO ORDERED.

Dated: September 12, 2023
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge